UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MICHAEL GRANATA** ) <br>     **Plaintiff** ) <br> ) <br> ) <br> ) <br> **v.** ) <br> ) <br> **COLLECTO, INC. d/b/a EOS CCA** ) <br>     **Defendant** ) <br> _____) | **CIVIL ACTION** <br><br> **JURY TRIAL CLAIMED** <br><br><br><br><br> **OCTOBER 27, 2011** |

## **COMPLAINT**

1. This is a suit brought by a consumer who has been harassed by the defendant collection agency. This action is for violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1692 *et seq.*

2. Plaintiff, Michael Granata, is a natural person residing in New London, Connecticut and is a consumer as defined by the Fair Debt Collection Practices Act ("FDCPA") 15 U.S.C. §1692a(3).

3. Defendant, Collecto, Inc. d/b/a EOS CCA ("Collecto"), is a corporation located in Massachusetts and is licensed by the Connecticut Department of Banking as a Consumer Collection Agency and is a debt collector as defined by FDCPA § 1692a(6).

4. Jurisdiction in this Court is proper pursuant to 15 U.S.C. § 1692k(d) and 28 U.S.C. §§ 1331 and 1367.

5. This Court has jurisdiction over Collecto because it engages in debt collection within Connecticut.

6. Venue in this Court is proper, because the Plaintiff is a resident and the acts complained of occurred in this state.

7. AT&T had claimed that Plaintiff owed an alleged consumer debt on an AT&T account (the "Account").

8. In or around July and August 2011, in an attempt to collect on the Account, Collecto called the home of Plaintiff's friend, who was not liable for and had no relation to the Account, multiple times; in these calls, Collecto left messages that it was trying to reach Michael, and it provided a telephone number for Collecto.

9. This contact caused Plaintiff emotional distress, as he was embarrassed and bothered by the fact that Collecto had contacted a party unrelated to the debt.

10. In or around July and August 2011, Plaintiff contacted Collecto in an attempt to stop them from calling himself or his friend.

11. On or around August 1, 2011, in an attempt to collect on the Account, Collecto again called the home of Plaintiff's friend.

12. Collecto violated the FDCPA by its collection activites described above.

WHEREFORE, the Plaintiff seeks from Collecto recovery of statutory damages pursuant to 15 U.S.C. § 1692k; attorney's fees and costs pursuant to 15 U.S.C. § 1692k; punitive damages pursuant to Conn. Gen. Stat. § 42-110g; attorney's fees and costs pursuant to Conn. Gen. Stat. § 42-110g, and such other relief as this Court deems appropriate.

**PLAINTIFF, MICHAEL GRANATA**

By: /s/Daniel S. Blinn_____
Daniel S. Blinn, Fed Bar No. ct02188
dblinn@consumerlawgroup.com
Consumer Law Group, LLC
35 Cold Spring Rd., Suite 512
Rocky Hill, CT  06067
Tel. (860) 571-0408; Fax (860) 571-7457

2