UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL GRANATA,

    Plaintiff,

v.

COLLECTO, INC.,

    Defendant.

No. 3:11-CV-01671-MRK

STIPULATION OF DISMISSAL
WITH PREJUDICE

The Plaintiff and Defendant, by and through the undersigned, hereby stipulate that the above entitled action shall be dismissed with prejudice to Plaintiff on his complaint and without costs and/or attorney's fees to any party.

THE PLAINTIFF,
MICHAEL GRANATA

By: _____
Daniel S. Blinn (ct02188)
Consumer Law Group, LLC
35 Cold Spring Road, Ste. 512
Rocky Hill, CT 06067
Tel: 860-571-0408
Fax: 888-522-1692
E-Mail:
dblinn@consumerlawgroup.com

His Attorney

THE DEFENDANT,
COLLECTO, INC. d/b/a EOS-CCA

By: _____
Jonathan D. Elliot (ct05762)
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Bridgeport, CT 06604
Tel:    203-333-9441
Fax:   203-333-1489
E-Mail: jelliot@znclaw.com

Its Attorneys

So Ordered: _____ Dated: